1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Nowles Heinrich
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 2 1 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:24-CR-29-SAB |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio.: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), (viii) Possession with Intent to Distribute 50 Grams or More of Methamphetamine and 40 Grams or More of Fentanyl (Count 1) |
| STEVEN E. GRAHAM, Defendant. | |
| | 18 U.S.C. §§ 922(g)(1), 924(a)(8) Felon in Possession of Firearm (Count 2) |
| | 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about November 29, 2023, in the Eastern District of Washington, the Defendant, STEVEN E. GRAHAM, knowingly possessed with the intent to

INDICTMENT – 1

distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl) and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, all Schedule II controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), (viii).

## SERIOUS DRUG FELONY ALLEGATION

Before the Defendant, STEVEN E. GRAHAM, committed the offense charged in Count 1, the Defendant, STEVEN E. GRAHAM, had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(57), to wit: Possession with Intent to Deliver Heroin, in violation of Revised Code of Washington, § 69.50.401(1), (2)(a), a Class B Felony, in the Superior Court of Washington, County of Chelan, Case Number 21-1-00077-04, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 2

On or about November 29, 2023, in the Eastern District of Washington, the Defendant, STEVEN E. GRAHAM, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in or affecting commerce, firearms, to wit:

INDICTMENT – 2

- a Smith & Wesson M&P 9mm caliber pistol, bearing serial number JDV1889;

- a Smith & Wesson M&P 9mm caliber pistol, bearing serial number NFK1341;

- a High Standard Derringer .22 caliber pistol, bearing serial number 1772689; and

- a Raven Arms .25 caliber pistol, bearing serial number 415900,

which firearms had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841 as set forth in Count 1, Defendant, STEVEN E. GRAHAM, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

INDICTMENT – 3

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in Count 2 of this Indictment, the Defendant, STEVEN E. GRAHAM, shall forfeit to the United States of America, any firearm and ammunition involved or used in the commission of the offense.

DATED this 21 day of February 2024.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Nowles H. H*
Nowles H. Heinrich
Assistant United States Attorney

INDICTMENT – 4