FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>STEVEN E. GRAHAM,<br><br><br>                    Defendant. | No.  2:24-cr-00029-RLP-1<br><br>**JUDGMENT OF ACQUITTAL ON COUNT 3** |

The defendant's Motion to Dismiss Count 3 was granted on 09/22/2025.

**IT IS ORDERED** that the Defendant is acquitted, discharged, and any bond exonerated of Count 3.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 22nd day of September 2025.

_____
REBECCA L. PENNELL
United States District Judge

**JUDGMENT OF ACQUITTAL ~ 1**